UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DON NEWTON,

                    Plaintiff,

      -against-

JEN N.Y., INC. d/b/a/ FARE BUZZ,
FAREPORTAL, INC., and ARNOLD WALTER,

                    Defendants.
------------------------------------------------------------- x

Case No. 1:19-CV-7986

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      PURSUANT TO Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Jen N.Y., Inc. d/b/a Fare Buzz ("Fare Buzz"), Fareportal, Inc. ("Fareportal"), and Arnold Walter (collectively, "Defendants") certifies that Fare Buzz and Fareportal are privately held corporations and that no publicly held company has an ownership interest of ten percent of more in either entity.

Dated:  New York, New York
        October 28, 2019

                              Respectfully submitted,

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By:  /s/ Jonathan Stoler
                      Jonathan Stoler (JS-7494)
                      Scott T. Earl (SE-9681)
              30 Rockefeller Plaza
            Suite 2400
            New York, New York  10112
            Telephone:  (212) 653-8700
            Facsimile:  (212) 653-8701
            jstoler@sheppardmullin.com
            searl@sheppardmullin.com
            *Attorneys for Defendants*

SMRH:4828-1914-7946.1