# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3043 direct
jstoler@sheppardmullin.com

January 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2020

**VIA ECF**

MEMO ENDORSED

OK, new date 2/21/2020 @ 10:00 Am

The Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Don Newton v. Jen N.Y., Inc. et al.*, Case No. 1:19-cv-07986-CM

[signature] Colleen McMahon
1/15/2020

Dear Chief Judge McMahon:

We represent Defendants Jen N.Y., Inc. d/b/a Fare Buzz ("Fare Buzz" or the "Company"), Fareportal, Inc. ("Fareportal"), and Arnold Walter (collectively, "Defendants"). We write to request a brief adjournment of the parties' initial conference before the Court because the parties will not have completed their mandatory mediation session before the initial conference date.

On November 4, 2019, this matter was automatically referred to mediation pursuant to the Court's Second Amended Standing Administrative Order. By Order dated December 19, 2019, Your Honor scheduled an initial conference in this matter for January 17, 2020 at 11:00 a.m. The parties' mediation session was initially scheduled for January 15, 2020, but is now being rescheduled for a date to be determined, most likely in mid-February 2020.

In light of the foregoing, Defendants respectfully request that the Court adjourn the January 17, 2020 initial conference pending the outcome of the parties' upcoming mediation. Defendants have not made any previous requests for adjournments in this matter, no other dates will be affected by this request, and Plaintiff consents to this request. The parties will provide a report to the Court within five (5) days after all mediation efforts have concluded informing the Court that the mediation was successful or, alternatively, requesting that the Court reschedule an initial conference on another date that is convenient for the Court.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Jonathan Stoler

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4846-5199-8129.1

**SheppardMullin**

January 14, 2020
Page 2

cc: All Counsel of Record